

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 18-1426-SAG |
| --- | --- | --- |
|  | * |  |
| v. | * | (Coercion and Enticement of a Minor, |
|  | * | 18 U.S.C. § 2422(b); Travel with Intent |
| TRAVIS WILMOTH, | * | to Engage in Illicit Sexual Conduct, |
|  | * | 18 U.S.C. § 2423(b)) |
| Defendant. | * |  |

******

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jeffrey A. Yesensky, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a Criminal Complaint for **TRAVIS WILMOTH**.

2. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and I have been so employed since November 2005. I am currently assigned to a multi-agency child exploitation task force known as the Maryland Child Exploitation Task Force ("MCETF"). Since September 2009, my responsibilities in the FBI have primarily involved the enforcement of federal criminal statutes involving the sexual exploitation of children pursuant to Title 18, United States Code, Section 2251, et seq. As part of my training, I have attended numerous training classes regarding the Internet, on-line child pornography, Internet child enticement, child sex trafficking, and child sex tourism, and have consulted with my colleagues who have many years of experience investigating child pornography and child exploitation cases. I have also been the affiant on numerous prior search and arrest warrants.[1]

---

[1] On May 8, 2014, in *United States v. Walter L. Williams* (C.D. Cal. 13-302-PSG), Special Agent Yesensky testified in a hearing regarding a border seizure and later warranted search of two laptop computers. In the search warrant affidavit, Special Agent Yesensky accounted for a delay in seeking the warrant due to an "oversight on my part due largely to demands of two forensic reviews that I was conducting concurrently of two computers in separate

1



3. The facts in this affidavit come from my personal observations, training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that **TRAVIS WILMOTH** committed violations of Title 18, United States Code, Sections 2422(b) (Enticement and Coercion); and 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct).

5. On March 2, 2018, the FBI received a telephone call from the mother of a 15-year

---

investigations, which each involved the review of hundreds of thousands of images." While testifying before the district court, Special Agent Yesensky was asked to explain the "context"' for the referenced portion of his search-warrant affidavit. Special Agent Yesensky testified that, during the seizure, he was also giving priority to other matters, such as leading a task force responsible for assisting 18-20 victims of child prostitution. In a May 9, 2014 written opinion, the district court judge wrote that he "[did] not find this additional statement to be credible" and that the new statement "contradicts" his prior testimony. The judge wrote: "How could Agent Yesensky have 'overlooked' his duty to procure a warrant while simultaneously 'prioritizing' other matters?" In response to the district court's opinion, the United States Attorney's Office for the Central District of California and the Child Exploitation and Obscenity Section of the Criminal Division of the United States Department of Justice filed a Motion for Reconsideration urging the judge, for a variety of reasons, to revisit the district court's credibility finding as unsupported under the circumstances. The district court denied the Motion for Reconsideration on June 20, 2014.

On October 1, 2014, the Assistant Director in Charge (ADIC) of the FBI-Los Angeles Field Office (LAFO) memorialized LAFO's finding that the district court opinion did not warrant referral to the FBI's Office of Professional Responsibility for a lack of candor or any other investigative deficiency. In the executive summary of the non-referral statement, the ADIC wrote that, "The facts and circumstances of this case clearly indicate that SA Yesensky was not making any misrepresentation to the court. All prosecutors with intimate knowledge of the case disagree with the lack of credibility finding and supported the motion to reconsider that decision." The district court's two opinions, the Motion for Reconsideration (including the lead prosecutor's sworn Affidavit), the FBI's non-referral letter and executive summary, and the suppression hearing transcript are available to this Court upon request.

Since the issuance of the district court's opinion, Special Agent Yesensky has obtained fourteen federal search warrants for electronic accounts and residences in multiple district courts and testified on one occasion in United States District Court.

2

old female ("Minor Female") who reported that she had recently discovered that Minor Female had been using Facebook to chat online with a 30-year old male, Travis Wilmoth ("WILMOTH"). I subsequently learned that WILMOTH was born in 1987, and resided at 6145 Independence Place Drive, #417, Fayetteville, North Carolina.

6. Minor Female and her mother provided consent for FBI agents to take control of and to search Minor Female's Facebook account. I observed that WILMOTH was a "Friend" since 2013. Further, I observed several Facebook Messenger chats, dated from approximately November 12, 2017 to March 1, 2018, between Minor Female and WILMOTH. On February 15, 2018, WILMOTH asked Minor Female what year she was born, and Minor Female replied "2002."

7. On February 18, 2018, WILMOTH asked Minor Female about her sexual experiences, asked for "dirty pics," and asked to watch her masturbate. On February 19, 2018, WILMOTH sent a picture of a white male wearing pants with no shirt, taking the picture of himself in a mirror with a cell phone. The message with this picture read "Just got out of the shower," and the male depicted is WILMOTH.

8. On or about March 2, 2018, the FBI took control of Minor Female's Facebook Account and thereafter communicated with WILMOTH posing as Minor Female. During the ensuing chats with the Minor Female[2], WILMOTH repeatedly asked her to take "naughty" pictures and send them to him.

9. On March 14, 2018, WILMOTH discussed traveling to visit Minor Female and the possibility of performing sexual acts with her, as well as asked Minor Female to send naked

---

[2] Although all of the communication was controlled by the FBI from this point forward, the affidavit will reference these communications as between WILMOTH and Minor Female 1.

3

pictures of her. In chats, dated between approximately March 7, 2018, and April 11, 2018, WILMOTH sent sexually explicit images and videos to Minor Female that depicted an erect penis and/or masturbation; one of these images depicted WILMOTH's face. In a chat on April 13, 2018, WILMOTH said he will probably drive up to Bel Air, Maryland, to see his father on May 12 for a few days and told Minor Female will visit her before he goes to visit his dad. WILMOTH discussed oral sex with Minor Female.

10. On May 11, 2018, WILMOTH traveled from North Carolina to Maryland to meet with Minor Female with the intent to engage in sexual activity with her (specifically, oral sex). The Minor Female directed WILMOTH to an apartment complex in Baltimore County. WILMOTH arrived in his vehicle at approximately 12 noon. He was surveilled getting out of his vehicle and as he approached the front of the apartment complex where WILMOTH believed the Minor Female lived, law enforcement arrested WILMOTH.

11. WILMOTH was Mirandized and interviewed. WILMOTH admitted he left North Carolina and traveled to Maryland intending to engage in sexual activity with Minor Female. WILMOTH had three condoms in his car.

Respectfully submitted,

Jeffrey A. Yesensky, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on May 14, 2018:

STEPHANIE A. GALLAGHER
UNITED STATES MAGISTRATE JUDGE

FILED _____ ENTERED
LOGGED _____ RECEIVED

MAY 1 4 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

4