IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.                                                  Case No. 18-1426SAG

TRAVIS WILMOTH

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __Shari Derrow, AFPD__, and the Government was represented by Assistant United States Attorney __Sandra Wilkinson__, it is

**ORDERED**, this __17th__ day of __May__ __2018__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

A. David Copperthite
United States Magistrate Judge